**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID FERRELL
ADC #105996**                                                                                                             **PLAINTIFF**

**V.**                         **CASE NO. 5:09CV00377 BSM/BD**

**LARRY NORRIS,** *et al.*                                                                               **DEFENDANTS**

## ORDER

The Court has received the partial recommended disposition from Magistrate Judge Beth Deere. After carefully reviewing the partial recommended disposition, plaintiff's objections, and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, plaintiff's motion to amend (Doc. No. 51) is DENIED.

IT IS SO ORDERED THIS 1st day of July, 2010.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE