**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DAVID FERRELL**
**ADC #105996**                                                                                                **PLAINTIFF**

**V.**                              **CASE NO. 5:09CV00377 BSM/BD**

**LARRY NORRIS,** *et al.*                                                                                       **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by Magistrate Judge Beth Deere has been received. No objections have been filed. After carefully reviewing the partial recommended disposition and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, defendant Pfeiffer's motion to dismiss party, or in the alternative, motion for summary judgment (Doc. No. 70) is GRANTED, and all claims against defendant Pfeiffer are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 27th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE