**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID FERRELL
ADC # 105996**                                                                                            **PLAINTIFF**

v.                          **CASE NO. 5:09-cv-00377 BSM/BD**

**LARRY NORRIS, et al.**                                                                          **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 118] have been received. Plaintiff David Ferrell has filed objections. [Doc No. 120]. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.  The defendants' motions for summary judgment [Doc. Nos. 106, 109] are granted.

2.  Ferrell's claims against defendants Byus, Norris, and Kelley are dismissed without prejudice.

3.  Ferrell's claims against defendants Austin, Green, Ifediora, Moskovich, Odom, and Ward are dismissed with prejudice.

IT IS SO ORDERED this 19th day of November, 2010.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE