**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID FERRELL
ADC #105996**                                                                                  **PLAINTIFF**

**V.**                      **CASE NO. 5:09-cv-00377 BSM/BD**

**LARRY NORRIS, et al.**                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED.

IT IS SO ORDERED this 19th day of November, 2010.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE